| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BROOKS, SIDNEY B. | 2. Court or Organization U.S. BANKRUPTCY COURT | 3. Date of Report 8/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. BANKRUPTCY JUDGE ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. BANKRUPTCY COURT
721 19TH STREET, ROOM 560
DENVER CO 80202-2508

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | ▇ TRUST #3 |
| 2. | TRUSTEE | ▇ TRUST #1 |
| 3. | ADVISOR | WORLD BANK INSOLVENCY INSTITUTE |
| 4. | ADVISOR | U.S. RUSSIA FOUNDATION |
| 5. | TRUSTEE | NANDA CENTER FOR INTERNATIONAL AND COMPARATIVE LAW |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | Management fees asTrustee ▓▓▓ Trust #1 | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. RUSSIA FOUNDATION | March 1-9, 2013 | New York, NY | Moscow State University/ U.S. Russia Foundation's Insolvency Program | Transportation, lodging and meals |
| 2. | U.S. RUSSIA FOUNDATION | May 11-22, 2013 | St. Petersburg and Moscow, Russia | Third Annual Saint Petersburg International Legal Forum | Transportation, lodging, and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENT CU Checking account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank accounts | A | Interest | J | T | | | | | |
| 3. 5.44% Colfax LLC, Real Property Denver, CO | B | Rent | K | W | | | | | |
| 4. Rental property #1 Silverthorne, CO | D | Rent | M | W | | | | | |
| 5. 8.3% Interest real property, Frisco, CO | A | Rent | K | W | | | | | |
| 6. .521% Interest Broadway LLC, Real Prop Denver, CO | A | Rent | J | W | | | | | |
| 7. 5.99% Interest Melbro, Real Property Denver, CO | A | Rent | J | W | | | | | |
| 8. Rental property #2, Denver, CO | D | Rent | O | W | | | | | |
| 9. IRA: Fidelity | A | Int./Div. | K | T | | | | | |
| 10. -BRKB | | | | | | | | | |
| 11. -FDRXX | | | | | | | | | |
| 12. -PEO | | | | | Buy (add'l) | 12/27/13 | J | | |
| 13. ▓ Wells Fargo Bank Acct | A | Interest | N | T | | | | | |
| 14. ▓ Employer Retirement Vanguard Target 2015 | A | Dividend | | | Sold | 06/30/13 | K | A | |
| 15. ▓ Employer Ret Vanguard Target 2025 | D | Dividend | M | T | Buy (add'l) | 12/31/13 | M | | |
| 16. ▓ IRA: Fidelity | D | Int./Div. | N | T | | | | | |
| 17. - FINFX | | | | | Buy (add'l) | 12/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -SGENX | | | | | Buy (add'l) | 12/18/13 | J | | |
| 19.  -FPACX | | | | | Buy (add'l) | 12/19/13 | J | | |
| 20.  -AIG | | | | | | | | | |
| 21.  -BRKB | | | | | | | | | |
| 22.  -GE | | | | | | | | | |
| 23.  -PWE | | | | | | | | | |
| 24.  -PFE | | | | | | | | | |
| 25.  -RSG | | | | | | | | | |
| 26.  -JOE | | | | | | | | | |
| 27.  -AMEFX | | | | | Buy (add'l) | 12/23/13 | J | | |
| 28.  -FAIRX | | | | | Buy (add'l) | 12/27/13 | J | | |
| 29.  -WFC | | | | | | | | | |
| 30.  -KYNPRD | | | | | Sold | 05/13/13 | J | | |
| 31.  -FDLXX | | | | | | | | | |
| 32.  -KYNPRE | | | | | Buy | 06/14/13 | J | | |
| 33.  -NTXPRC | | | | | Buy | 10/24/13 | J | | |
| 34.  ▇ Personal Acct: Fid: FTEXX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1: Trustee, No beneficial interest | C | Rent | N | W | | | | | |
| 36. -50% Int real property, Frisco, CO | | | | | | | | | |
| 37. -3.125% Int Broad LLC, Denver, CO | | | | | | | | | |
| 38. -14.06% Interest Bannock St LLC Denver, CO | | | | | | | | | |
| 39. Trust #1: Trustee, No beneficial interest | F | Int./Div. | P2 | T | | | | | |
| 40. -ICAFX | | | | | Buy (add'l) | 12/24/13 | J | | |
| 41. -AIVSX | | | | | Buy (add'l) | 12/24/13 | J | | |
| 42. -Key Bank Account | | | | | | | | | |
| 43. -WMFFX | | | | | Buy (add'l) | 12/23/13 | J | | |
| 44. -TESIX | | | | | Buy (add'l) | 12/24/13 | J | | |
| 45. -AMBFX | | | | | Buy (add'l) | 12/20/13 | J | | |
| 46. -BKRA | | | | | | | | | |
| 47. - Fed Nat Mtg Assn Debs coup 5/16 | | | | | | | | | |
| 48. -Fed Home Loan Mtg Corp 3/18 | | | | | | | | | |
| 49. - Fin Corp CPN FICO Strip 6/18 | | | | | | | | | |
| 50. - Fin Corp CPN FICO Strips 12/18 | | | | | | | | | |
| 51. - Fed Jud Off Bldg TR Zero 2/19 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fed Home Ln Mtg Corp CPN 3/19 | | | | | | | | | |
| 53. -Natl Mtg Deb Gen Int Pmt7/19 | | | | | | | | | |
| 54. - Res. Fdg Corp Fed Bk Ent CPN 7/19 | | | | | | | | | |
| 55. -Res FDG Fed Bk Int Pmt 10/20 | | | | | | | | | |
| 56. - Tenn Vy Fed Bk Entry Gen 11/20 | | | | | | | | | |
| 57. -Stnt Ln Mktg Asn Zero CPN 10/22 | | | | | | | | | |
| 58. -CEE | | | | | Buy (add'l) | 01/29/13 | J | | |
| 59. -PEO | | | | | Buy (add'l) | 12/27/13 | K | | |
| 60. -Florida PW & LT 2/13 | | | | | Sold | 02/01/13 | J | A | |
| 61. -CAIFX | | | | | Buy (add'l) | 12/30/13 | J | | |
| 62. -SWZ | | | | | Buy (add'l) | 07/29/13 | J | | |
| 63. - RPIBX | | | | | Buy (add'l) | 12/31/13 | J | | |
| 64. -FRUAX | | | | | Buy (add'l) | 12/04/13 | J | | |
| 65. -FAIRX | | | | | Buy (add'l) | 12/27/13 | J | | |
| 66. -W/M Wrigley Jr Co Notes 7/15 | | | | | | | | | |
| 67. - Bank of the West Acount | | | | | | | | | |
| 68. - FDLXX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #3: Trustee, no beneficial interest | A | Rent | K | W | | | | | |
| 70. - 8.33% Int real property, Frisco,CO | | | | | | | | | |
| 71. -.521% Int Broadway LLC, Denver, CO | | | | | | | | | |
| 72. Trust #3: Trustee, no beneficial interest | A | Int./Div. | O | T | | | | | |
| 73. -American Wash Mutual Investors A | | | | | Buy (add'l) | 12/23/13 | J | | |
| 74. -Wells Fargo: FCISX | | | | | | | | | |
| 75. -Wells Fargo Cash Fund- | | | | | | | | | |
| 76. - FAIRX | | | | | Buy (add'l) | 12/27/13 | J | | |
| 77. -SGENX | | | | | Buy (add'l) | 12/18/13 | J | | |
| 78. -DODFX | | | | | Buy (add'l) | 12/19/13 | J | | |
| 79. -FDLXX | | | | | Sold (part) | 12/20/13 | K | A | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS (continued)

6. TRUSTEE . . . . . . UNIVERSITY OF DENVER, STURM COLLEGE OF LAW ALUMNI COUNCIL
7. TRUSTEE . . . . . . ROTARY CLUB OF DENVER FOUNDATION


PART VII. INVESTMENTS AND TRUSTS (continued with additional, explanatory information)

The data included under this Part VII has been submitted in a different format from that which was previously used on my disclosure reports. Specifically, we have used aggregate reporting for certain accounts to provide a clearer picture of the information provided and to avoid any misinterpretation in the disclosure of my finances. My accountant previously discussed this change in format with Kristina at the Administrative Office.

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 8/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SIDNEY B. BROOKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544